UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN M. GALVAN, | ) |
|       Plaintiff, | ) Case No. 2:11-cv-00307-RLH-GWF |
| vs. | ) **ORDER** |
| J.C.H. ENTERPRISES, INC., d/b/a JCH Wire & Cable; JIM HINSHAW, | ) |
|       Defendants. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on February 24, 2011. Defendants filed their Answer (#5) March 3, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 2, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 20th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge