# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRYAN M. GALVAN,

    Plaintiff,

vs.

J.C.H. ENTERPRISES, INC., d/b/a JCH Wire & Cable; JIM HINSHAW,

    Defendants.

Case No.  2:11-cv-00307-RLH-GWF

**ORDER OF RECUSAL**

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 11th day of August, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE