1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

BRYAN M. GALVAN,                              )
                                             )
8                         Plaintiff,          )         2:11-cv-00307-KJD-CWH
                                             )
9   vs.                                       )         ORDER
                                             )
10  J.C.H. ENTERPRISES, INC., *et al.*        )         Substitution of Counsel (#27)
                                             )
11                        Defendants.         )
    _____ )

12

13          This matter is before the Court on Plaintiff's Motion for Substitution of Attorney (#27),

14  filed September 1, 2011.  Having reviewed the stipulation, the Court finds that requirements of

15  LR IA 10-6(c) have been met.  As no relief has been requested under LR IA 10-6(e), the

16  signature of the substituting attorney, Adam D. Graff, "constitutes an express acceptance of all

17  dates ... set for pre trial proceedings, for trial or hearing, by the discovery plan, or in any Court

18  order."  Accordingly,

            **IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Attorney (#27) is

19  **granted**.  The Clerk is instructed to **strike** Docket entry #28 in this matter as it is a duplicate of

20  the motion addressed in this order.

21          DATED this 2nd day of September, 2011.

22

23                                          _____

24                                          C.W. Hoffman, Jr.
                                            United States Magistrate Judge
25

26

27

28