UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| BRYAN M. GALVAN, | ) | |
| Plaintiff, | ) | 2:11-cv-00307-KJD-CWH |
| vs. | ) | ORDER |
| J.C.H. ENTERPRISES, INC., *et al.* | ) | Substitution of Counsel (#27) |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Substitution of Attorney (#27), filed September 1, 2011. Having reviewed the stipulation, the Court finds that requirements of LR IA 10-6(c) have been met. As no relief has been requested under LR IA 10-6(e), the signature of the substituting attorney, Adam D. Graff, "constitutes an express acceptance of all dates ... set for pre trial proceedings, for trial or hearing, by the discovery plan, or in any Court order." Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Attorney (#27) is **granted**. The Clerk is instructed to **strike** Docket entry #28 in this matter as it is a duplicate of the motion addressed in this order.

DATED this 2nd day of September, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge