Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendants J.C.H. Enterprises, Inc.,
d/b/a JCH Wire & Cable and Jim Hinshaw*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN M. GALVAN, an individual, | CASE NO:   2:11-cv-00307-RLH-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| J.C.H. ENTERPRISES, INC. d/b/a JCH WIRE & CABLE; JIM HINSHAW, an individual; DOES I through X, inclusive, | |
| Defendants. | |
| J.C.H. ENTERPRISES, INC. d/b/a JCH WIRE & CABLE, | |
| Counterclaimant, | |
| v. | |
| BRYAN M. GALVAN, an individual, | |
| Counterdefendant. | |

Plaintiff BRIAN M. GALVAN, by and through his counsel of record REBEKAH L. BAUMGARDNER, ESQ. of the law firm of BAUMGARDNER LAW and Defendants J.C.H ENTERPRISES, INC. d/b/a JCH WIRE & CABLE AND JIM HINSHAW, by and through their

. . .

. . .

. . .

. . .

. . .

278606.1

counsel of record, SHERI M. THOME, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the Complaint filed by GALVAN as against Defendants J.C.H ENTERPRISES, INC. d/b/a JCH WIRE & CABLE AND JIM HINSHAW, with prejudice, with each party to bear their own fees and costs.

Further, Counter-claimant J.C.H ENTERPRISES, INC. d/b/a JCH WIRE & CABLE, by and through its counsel, and BRYAN GALVAN, by and through his counsel, hereby stipulate and agree to the dismissal of the Counter-claim without prejudice, with each party to bear their own fees and costs.

DATED this 16 day of November, 2011.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants/Counterclaimant J.C.H. Enterprises, Inc., d/b/a JCH Wire & Cable and Defendant Jim Hinshaw*

DATED this 14th day of November, 2011.

**BAUMGARDNER LAW**

BY: _____
Rebekah L. Baumgardner, Esq.
Nevada Bar No. 010855
601 South Tenth Street, Suite 107
Las Vegas, Nevada 89101
*Attorneys for Plaintiff and Counterdefendant Bryan Galvan*

**ORDER**

IT IS SO ORDERED.

DATED: November 17, 2011

_____
UNITED STATES DISTRICT JUDGE

278606.1